[No. 52495-0-I.  Division One.  September 27, 2004.]

*In the Matter of the Custody of* M.K., ET AL.
PATRICIA KIROL, *Respondent,* ANN POTTER,
*Appellant,* and JAMES KIROL, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-3-01452-0, Julie Spector, J., entered May 15, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52667-7-I.  Division One.  September 27, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. OSCAR CUEVA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-00309-0, Harry J. McCarthy, J., entered July 14, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Becker, JJ.

[No. 52757-6-I.  Division One.  September 27, 2004.]

DES MOINES MARINA ASSOCIATION, ET AL., *Respondents,* v. THE CITY OF DES MOINES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-30776-4, Michael Heavey, J., entered July 11, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Schindler, J., concurred in by Ellington, A.C.J., and Coleman, J. Now published at 124 Wn. App. 282.

[No. 52922-6-I.  Division One.  September 27, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. RYAN RICHARDSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00917-7, Linda C. Krese, J., entered August 14, 2003. *Affirmed* by unpublished per curiam opinion.